IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JODY BABINEAUX**                                                                             **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 2:24-CV-3-KS-MTP**

**SOUTHEASTERN BAPTIST**
**COLLEGE, ET AL.**                                                          **DEFENDANTS**

## ORDER OF DISMISSAL

This cause comes before the Court *sua sponte,* following a pretrial/settlement conference held on September 24, 2025, after which the parties announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket:

IT IS HEREBY ORDERED that all claims pending in this matter are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this matter having been concluded, all motions pending in this matter, if any, are hereby denied as moot. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

SO ORDERED AND ADJUDGED, this the 29th day of September, 2025.

                                               /s/ *Keith Starrett*
                                               KEITH STARRETT
                                               SENIOR UNITED STATES DISTRICT JUDGE