

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JODY BABINEAUX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 2:24-CV-003-KS-MTP

SOUTHEASTERN BAPTIST COLLEGE
AND RICHARD E. LOPEZ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFENDANTS

### JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte*, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court, being desirous of removing this matter from its docket, hereby orders as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Plaintiff, Jody Babineaux, are hereby dismissed with prejudice. All motions pending in this matter are hereby denied as moot and accordingly dismissed.

IT IS FURTHER ORDERED AND ADJUDGED that all parties are to bear their own fees and costs in this action.

SO ORDERED AND ADJUDGED, this the 15th day of October, 2025.

/s/ Keith Starrett
UNITED STATES DISTRICT JUDGE

APPROVED:

*Daniel Waide (w/ permission)*
Attorney for Plaintiff
Daniel M. Waide (MS Bar No. 103543)

*T.M. Wright*
Attorney for Defendant SBC
Thomas M. Wright, Jr. (MS Bar No. 103166)

*Ben Morgan (w/ permission)*
Attorneys for Defendant Lopez
Benjamin B. Morgan (MS Bar No. 103663